UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20 CR 384 HEA SPM ) ) |
| NICHOLAS H. HAGLOF, | ) ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S STATEMENT
REGARDING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF
RELEASE**

COMES NOW the United States of America and states that the Government has no objection to the Defendant's Motion to Modify Conditions of Release.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s Jillian S. Anderson*
JILLIAN S. ANDERSON, #53918MO
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 2, 2021, a copy of the above was served via this Court's electronic filing system and emailed to all counsel of record.

*/s Jillian S. Anderson*
JILLIAN S. ANDERSON, #53918MO
Assistant United States Attorney