UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20-CR-00384-HEA-SPM |
| NICHOLAS H. HAGLOF | ) |
| Defendant. | ) |

## PARTIES' JOINT MOTION TO CONTINUE EVIDENTIARY HEARING

Come now the parties, the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jillian S. Anderson, Assistant United States Attorney for said District, and the Defendant, by and through his attorney Daniel A. Juengel, and respectfully request that the evidentiary hearing in this matter presently set for October 26, 2021, be continued to a date to be determined after a status conference which could be held on or after November 9, 2021. The parties further request that a status conference be set on or after November 9, 2021.

A search warrant was issued on October 5, 2021, for examination of a cellular telephone in evidence in this case. The results of the execution of that search warrant will reopen negotiations regarding the settlement of this case. It is expected that the results of the execution of the search warrant and the Defendant's review of those results could be completed by November 9, 2021.

Wherefore, the Government and the Defendant respectfully request the Court continue the evidentiary hearing in this case and set a status conference on or after November 9, 2021.

Respectfully submitted

SAYLER A. FLEMING
United States Attorney

/s/ *Jillian S. Anderson*
Jillian S. Anderson
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri  63102
(314) 539-2200
jillian.anderson@usdoj.gov

/s/ *Daniel A. Juengel*
Daniel A. Juengel
Counsel for the Defendant
7710 Carondelet Avenue, Suite 350
St. Louis, MO 63105
(314) 725-7777
djuengel@fjrdefense.com