## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| | ) **Cause No. 4:20-CR-00384 HEA/SPM** |
| v. | ) |
| **NICHOLAS H. HAGLOF,** | ) |
| **Defendant.** | ) |

## MOTION TO CONTINUE STATUS CONFERENCE

Comes now, Counsel for the Defendant, and respectfully requests the status conference set for Monday, January 10, 2022 be continued for two weeks.  In support of this motion Counsel states as follows:

1. Undersigned counsel has been out of the office sick since December 29, 2021 and tested positive for Covid on December 30, 2021.

2. Counsel needs additional time to complete settlement negotiations that he expects will lead to a Waiver of Pretrial Motions.

3. The Government per AUSA Jillian Anderson has no objection to this continuance requests.

WHEREFORE, Counsel respectfully requests the Status Conference in the above cause be continued for two weeks.

Respectfully submitted,

FRANK, JUENGEL & RADEFELD,
ATTORNEYS AT LAW, P.C.

By /s/ Daniel A. Juengel
DANIEL A. JUENGEL (#42784MO)
Attorneys for Defendant
7710 Carondelet Avenue, Suite 350
Clayton, Missouri 63105
(314) 725-7777

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Jillian Anderson
Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

/s/ Daniel A. Juengel
DANIEL A. JUENGEL